IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GOMEZ, | 1:13-cv-01098-GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| vs. | |
| COUNTY OF MERCED, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 12, 2013, Plaintiff filed the Complaint commencing this action, together with an Affidavit for Waiver of Government Claims Filing fee, requesting leave to proceed in forma pauperis. (Docs. 1, 2.) Plaintiff also submitted and a certified copy of his prison trust account statement. (Doc. 2 at 4.) However, Plaintiff's request was not filed on the appropriate form for this court. Plaintiff shall be allowed time to file the appropriate Application to Proceed in Forma Pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached Application to Proceed in Forma Pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. Plaintiff is not required to submit another copy of his prison trust account statement. No requests for extension will be granted without a showing of good cause.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   July 25, 2013          /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE