UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIC GOMEZ,

Plaintiff,

vs.

COUNTY OF MERCED,

Defendant.

1:13-cv-01098-GSA-PC

ORDER DENYING PLAINTIFF'S REQUEST FOR THE COURT TO PROCEED WITH SETTLEMENT (Doc. 5.)

Eric Gomez ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 12, 2013. (Doc. 1.)

On August 16, 2013, Plaintiff notified the court and provided evidence that he received a settlement offer from Merced County counsel, dated July 11, 2013, concerning a claim against Mercy Medical Center. (Doc. 5 at 2.) Plaintiff advised the court that he is willing to accept the settlement offer, and he requests the court to "proceed with settlement thats [*sic*] being offered [and] mail me the check to my current address." (Id. at 1.)

Plaintiff is advised that the July 11, 2013 settlement offer concerns private settlement negotiations between Plaintiff and Merced County, without the court's involvement or assistance. Any settlement at this juncture, pursuant to this offer, must be negotiated between the parties. Plaintiff is cautioned that it is his own responsibility to follow up with the offer and

comply with any deadlines that may apply. Therefore, Plaintiff's request for the court to proceed with the settlement shall be denied.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's request for the court to proceed with the settlement, filed on August 16, 2013, is DENIED.

IT IS SO ORDERED.

Dated: **August 20, 2013**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE